# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| TERRY MENDOZA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Defendants. | CASE NO.: CV 11-02158 EMC<br><br>Honorable Edward M. Chen<br><br>[PROPOSED] ORDER RE: STIPULATION TO EXTEND TIME FOR THE REGENTS OF THE UNIVERSITY OF CALIFORNIA TO FILE RESPONSE TO COMPLAINT<br><br>Complaint Filed: May 2, 2011<br><br>Trial Date: None |

HAVING CONSIDERED the stipulation of the parties, it is hereby ordered that Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA's response to the Complaint is to be filed on or before July 15, 2011.

IT IS SO ORDERED.

Dated this \_\_13th\_\_ day of June, 2011.

Hon. Edward M. Chen
Judge, United States District Court
Northern District of California

*[Court seal: IT IS SO ORDERED — Judge Edward M. Chen signature — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*