Gary Wm. Baun
OBRYAN BAUN KARAMANIAN
401 S. Old Woodward, Ste. 450
Birmingham, MI 48009
(248) 258-6262; (248) 258-6047 fax
gbaun@obryanlaw.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

TERRY MENDOZA,

    Plaintiff,

vs.

UNITED STATES OF AMERICA;
and THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA,

    Defendants.

Case No. 3:11-cv-02158-EMC

Complaint Filed: May 2, 2011

PROPOSED ORDER GRANTING
STIPULATION TO EXTEND TIME
FOR THE UNITED STATES OF
AMERICA TO RESPOND TO
PLAINTIFF'S COMPLAINT

HAVING CONSIDERED the stipulation of the parties, it is hereby ordered that Defendant United States of America's response to Plaintiff's Complaint for Damages is to be filed on or before July 22, 2011.

IT IS SO ORDERED.

DATED: _____7/8_____, 2011

_____
Hon. Edw[ard M. Chen]
United Sta[tes District Judge]

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Proposed Order Granting Stipulation to Extend Time
for the USA to Respond to Plaintiff's Complaint p. 1