# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| TERRY MENDOZA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　　Defendants. | CASE NO.: CV 11-02158 EMC<br><br>Honorable Edward M. Chen<br><br>**[PROPOSED] ORDER RE: FIRST AMENDED STIPULATION TO EXTEND TIME FOR THE REGENTS OF THE UNIVERSITY OF CALIFORNIA TO FILE RESPONSE TO COMPLAINT**<br><br>Complaint Filed: May 2, 2011<br><br>Trial Date: None |

HAVING CONSIDERED the stipulation of the parties, it is hereby ordered that Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA's response to the Complaint is to be filed on or before July 22, 2011.

IT IS SO ORDERED.

Dated this ___18th___ day of July, 2011.

　　　　　　　　　　　　　　　　Hon. Edward M. Chen
　　　　　　　　　　　　　　　　Judge, United States
　　　　　　　　　　　　　　　　Northern District of California

*[Signature and seal: IT IS SO ORDERED / Judge Edward M. Chen / United States District Court, Northern District of California]*

[PROPOSED] ORDER RE: STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT
Case. No. CV 11-02158 EMC