JOSEPH P. MCMONIGLE, State Bar No. 66811
GLEN R. OLSON, State Bar No. 111914
DAVID P. NEMECEK, JR. State Bar No. 194402
LONG & LEVIT LLP
465 California Street, 5th Floor
San Francisco, California 94104
Telephone:  (415) 397-2222
Facsimile:  (415) 397-6392
jmcmonigle@longlevit.com
golson@longlevit.com
dnemecek@longlevit.com

Attorneys for Defendant
AGCS MARINE INSURANCE CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTURY ALUMINUM COMPANY, a Delaware Corporation; NORDURAL EHF, an Icelandic Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AGCS MARINE INSURANCE CO., an Illinois Corporation,<br><br>Defendant. | Case No. CV 11 2514 EMC<br><br>**STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT** ; ORDER |

Pursuant to Northern District of California Rule 6-1(a), the undersigned parties hereby stipulate and agree to the following enlargement of time for defendant AGCS Marine Insurance Co. ("AGCS") to respond to the Complaint filed by plaintiffs Century Aluminum Co. and Nordural ehf (collectively "plaintiffs") in this matter.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

1. AGCS shall have an extension of time to respond to plaintiffs' complaint up to and including July 15, 2011.

2. Nothing in this stipulation affects any deadlines already fixed by order of this

LONG & LEVIT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

TITLE CV 11 2514 EMC

1  Court.

2  **IT IS SO STIPULATED.**

3

4  Dated: July 14, 2011                    LONG & LEVIT LLP

5
                                           By: /s/ David P. Nemecek Jr.
6                                          JOSEPH P. MCMONIGLE
                                           GLEN R. OLSON
7                                          DAVID P. NEMECEK, JR.
                                           Attorneys for Defendant
8                                          AGCS MARINE INSURANCE CO.

9

10                                         JONES DAY

11
                                           By: /s/ Martin H. Myers
12  Dated: July 14, 2011
                                           MARTIN H. MYERS
13                                         DOUGLAS ROBERTS
                                           Attorneys for Plaintiffs CENTURY
14                                         ALUMINUM CO. AND NORDURAL EHF

15

16
    DOCS:593870.1
17

18

19  IT IS SO ORDERED:

20

21  _____
    Edward M. Chen
22  U.S. District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]