Gary Wm. Baun
OBRYAN BAUN KARAMANIAN
401 S. Old Woodward, Ste. 450
Birmingham, MI 48009
(248) 258-6262; (248) 258-6047 fax
gbaun@obryanlaw.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

TERRY MENDOZA,

       Plaintiff,

vs.

UNITED STATES OF AMERICA;
and THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA,

       Defendants.

_____/

Case No. 3:11-cv-02158-EMC

Complaint Filed: May 2, 2011

PROPOSED ORDER GRANTING
STIPULATION TO EXTEND TIME
FOR THE UNITED STATES OF
AMERICA TO RESPOND TO
PLAINTIFF'S COMPLAINT

HAVING CONSIDERED the stipulation of the parties, it is hereby ordered that
Defendant UNITED STATES OF AMERICA's response to Plaintiff's Complaint for
Damages is to be filed on or before August 1, 2011.

IT IS SO ORDERED.

Dated: July 25, 2011

Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED

Judge Edward M. Chen

Proposed Order Granting Stipulation to Extend Time
for the USA to Respond to Plaintiff's Complaint p. 1