1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                               SAN FRANCISCO

11

12  TERRY MENDOZA,                        )   Case No. CV-11-02158 EMC
                                          )
13          Plaintiff,                    )   [PROPOSED] ORDER TO CONTINUE
                                          )   THE CASE MANAGEMENT
14          v.                            )   CONFERENCE
                                          )
15  UNITED STATES OF AMERICA; and         )
    THE REGENTS OF THE                     )   Complaint Filed: May 2, 2011
16  UNIVERSITY OF CALIFORNIA,             )
                                          )   Trial Date: None
17          Defendants.                   )
                                          )
18  _____)

19          HAVING CONSIDERED the stipulation of the parties, it is hereby ordered that the Case

20  Management Conference previously set for February 24, 2012, at 10:30 a.m., has been taken off

21  calendar.  A Further Case Management Conference has been set for April ~~—~~, 2012, at ___10:30___ a.m.
                                                                         May 18, 2012

22          IT IS SO ORDERED.       An updated joint CMC statement shall be filed by May 11, 2012.

23

24  Dated: February __16__, 2012                    _____

25                                                  Hon. Edward M. Chen
                                                    Unit... ...ge
26                                       IT IS SO ORDERED
                                          AS MODIFIED
27
                                                    Judge Edward M. Chen
28