UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| TERRY MENDOZA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA; and<br>THE REGENTS OF THE<br>UNIVERSITY OF CALIFORNIA,<br><br>　　　　Defendants. | Case No. CV-11-02158 EMC<br><br>**[PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: May 2, 2011<br><br>Trial Date: None |

HAVING CONSIDERED the stipulation of the parties, it is hereby ordered that the Case Management Conference previously set for February 24, 2012, at 10:30 a.m., has been taken off calendar. A Further Case Management Conference has been set for ~~April __, 2012~~, at 10:30 a.m. May 18, 2012

IT IS SO ORDERED. An updated joint CMC statement shall be filed by May 11, 2012.

Dated: February 16, 2012

_____
Hon. Edward M. Chen
United States District Judge

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

[PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE
Case No. CV-11-02158 EMC; Our File No. 8003.25