UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| TERRY MENDOZA,<br><br>           Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>           Defendants. | Case No. CV-11-02158 EMC<br><br>**[PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: May 2, 2011<br><br>Trial Date: None |

HAVING CONSIDERED the stipulation of the parties, it is hereby ordered that the Case Management Conference previously set for April 18, 2013, at 10:30 a.m., has been taken off calendar. A Further Case Management Conference has been set for ___August 8___, 2013, at ___10:30___ a.m. Mediation to be completed by July 31, 2013.

IT IS SO ORDERED.

Dated: March __22__, 2012                    _____
                                             Hon. Edward
                                             United States

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

[PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE
Case No. CV-11-02158 EMC; Our File No. 8003.25