UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| TERRY MENDOZA, ) | Case No. CV-11-02158 EMC |
| ) | |
| Plaintiff, ) | **[PROP~~OS~~ED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA; and ) THE REGENTS OF THE ) UNIVERSITY OF CALIFORNIA, ) | Complaint Filed: May 2, 2011 |
| ) | Trial Date: None |
| Defendants. ) | |
| ) | |

HAVING CONSIDERED the stipulation of the parties, it is hereby ordered that the Case Management Conference previously set for April 18, 2013, at 10:30 a.m., has been taken off calendar. A Further Case Management Conference has been set for ___August 8___, 2013, at ___10:30___ a.m.   Mediation to be completed by July 31, 2013.

IT IS SO ORDERED.


Dated: March __22__, 2012                    _____
                                              Hon. Edward M. Chen
                                              United States District Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen — United States District Court, Northern District of California]*

[PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE
Case No. CV-11-02158 EMC; Our File No. 8003.25