UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| TERRY MENDOZA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, <br><br> Defendants. | Case No. CV-11-02158 EMC <br><br> **[PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE** <br><br> Complaint Filed:  May 2, 2011 <br> Trial Date:  None |

HAVING CONSIDERED the stipulation of the parties, it is hereby ordered that the Case Management Conference previously set for August 8, 2013, at 10:30 a.m., has been taken off calendar. A Further Case Management Conference has been set for _____Dec. 12_____, 2013, at __10:30__ a.m. An updated joint CMC statement shall be filed by December 5, 2013. Mediation completion date extended to November 29, 2013.

IT IS SO ORDERED.

Dated: August __5__, 2013

_____
Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

[PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE
Case No. CV-11-02158 EMC; Our File No. 8003.25