UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| TERRY MENDOZA,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>   Defendants. | Case No. CV-11-02158 EMC<br><br>**[PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:   May 2, 2011<br>Trial Date:   None |

HAVING CONSIDERED the stipulation of the parties, it is hereby ordered that the Case Management Conference previously set for August 8, 2013, at 10:30 a.m., has been taken off calendar. A Further Case Management Conference has been set for ___Dec. 12___, 2013, at __10:30__ a.m. An updated joint CMC statement shall be filed by December 5, 2013. Mediation completion date extended to November 29, 2013.

IT IS SO ORDERED.

Dated: August __5__, 2013

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen