UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| TERRY MENDOZA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　Defendants. | Case No. CV-11-02158 EMC<br><br>**[PROPOSED]** ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE<br><br><br>Complaint Filed:　May 2, 2011<br>Trial Date:　　　　None |

HAVING CONSIDERED the stipulation of the parties, it is hereby ordered that the Case Management Conference previously set for September 11, 2014, at 11:00 a.m., has been taken off calendar. A Further Case Management Conference has been set for __11/20__, 2014, at _1030_ a.m.  An updated joint CMC Statement shall be filed by 11/13/14.

IT IS SO ORDERED.

Dated: September _9_, 2014

_____
IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
United States District Judge

[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE
Case No. CV-11-02158 EMC; Our File No. 8003.25