| | |
|---|---|
| 1 | TONY WEST |
|   | Assistant Attorney General |
| 2 | MELINDA L. HAAG |
|   | United States Attorney |
| 3 | R. MICHAEL UNDERHILL |
|   | Attorney in Charge, West Coast Office |
| 4 | Torts Branch, Civil Division |
|   | VICKEY L. QUINN |
| 5 | Trial Attorney |
|   | Torts Branch, Civil Division (Admiralty) |
| 6 | U.S. Department of Justice |
|   | P.O. Box 36028 |
| 7 | 450 Golden Gate Avenue, Room 7-5395 |
|   | San Francisco, California 94102-3463 |
| 8 | Telephone: (415) 436-6645 |
|   | Facsimile: (415) 436-6632 |
| 9 | E-mail: vickey.l.quinn@usdoj.gov |
| 10 | PETER A. LINDH (061907) |
|   | MARKER E. LOVELL, JR. (208659) |
| 11 | CHELSEA D. YUAN (240559) |
|   | GIBSON ROBB & LINDH LLP |
| 12 | 201 Mission Street, Suite 2700 |
|   | San Francisco, California 94105 |
| 13 | Telephone: (415) 348-6000 |
|   | Facsimile: (415) 348-6001 |
| 14 | Email: plindh@gibsonrobb.com |
|   | mlovell@gibsonrobb.com |
| 15 | cyuan@gibsonrobb.com |
| 16 | Of Counsel for Defendant |
|   | UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | | | |
|---|---|---|---|
| TERRY MENDOZA, | ) | Case No. CV-11-02158 EMC | |
| | ) | | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** | |
| | ) | **FEBRUARY 12, 2015, CASE** | |
| v. | ) | **MANAGEMENT CONFERENCE DATE** | |
| | ) | | |
| UNITED STATES OF AMERICA; and | ) | | |
| THE REGENTS OF THE | ) | | |
| UNIVERSITY OF CALIFORNIA, | ) | | |
| | ) | | |
| Defendants. | ) | | |
| | ) | Complaint Filed: May 2, 2011 | |
| | ) | Trial Date: None | |

STIPULATION TO CONTINUE FEBRUARY 12, 2015, CASE MANAGEMENT CONFERENCE DATE
Case No. CV-11-02158 EMC; Our File No. 8003.25

1    It is hereby stipulated by and among Plaintiff TERRY MENDOZA ("Plaintiff") and
2    Defendant UNITED STATES OF AMERICA ("Defendant") that the Case Management
3    Conference currently set for February 12, 2015, be continued to April 23, 2015, to allow the
4    parties to participate in mediation. Plaintiff and Defendant were scheduled for mediation with
5    Harris Weinberg on February 23, 2015, but defense counsel will now be in trial on that date.
6    Counsel for Defendant is set to begin a two to three week trial in San Francisco County Superior
7    Court on February 17, 2015. The San Francisco case had previously been set to begin trial on
8    January 26, 2015, but days before the start of trial, the court granted a three week continuance.
9    The parties remain committed to mediation with Harris Weinberg and are working toward
10   rescheduling the mediation in March 2015. Plaintiff also wishes to depose an additional witness
11   for the University of California, San Diego, regarding benefits received by Plaintiff post-incident,
12   which is being coordinated. The parties have been actively participating in discovery but require
13   more time to complete mediation.
14   As such, the parties submit these as good cause to continue the Case Management
15   Conference.
16   Undersigned counsel for Defendant UNITED STATES OF AMERICA, Chelsea D. Yuan,
17   certifies that all electronic signatures below have been duly authorized by signatory counsel per
18   Civil Local Rule 5.1. Chelsea D. Yuan, attests to have on file all holographic signatures
19   corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed
20   document.
21   IT IS SO STIPULATED.

22   Dated: February 5, 2015                    Dated: February 5, 2015
23   O'BRYAN BAUN KARAMANIAN                    GIBSON ROBB & LINDH LLP
24
25   By: /S/ GARY WM. BAUN                      By: /S/ CHELSEA D. YUAN
         Gary Wm. Baun                              Chelsea D. Yuan
         gbaun@obryanlaw.net                        cyuan@gibsonrobb.com
26       Attorneys for Plaintiff                    Attorneys for Defendant
         TERRY MENDOZA                              UNITED STATES OF AMERICA
27
28

---

STIPULATION TO CONTINUE FEBRUARY 12, 2015, CASE MANAGEMENT CONFERENCE DATE
Case No. CV-11-02158 EMC; Our File No. 8003.25                                                    - 2 -

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| TERRY MENDOZA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA; and ) <br> THE REGENTS OF THE ) <br> UNIVERSITY OF CALIFORNIA, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Case No. CV-11-02158 EMC <br><br> **[PROPOSED] ORDER TO CONTINUE THE FEBRUARY 12, 2015, CASE MANAGEMENT CONFERENCE DATE** <br><br><br> Complaint Filed:   May 2, 2011 <br> Trial Date:          None |

HAVING CONSIDERED the stipulation of the parties, it is hereby ordered that the Case Management Conference previously set for February 12, 2015, at 10:30 a.m., has been taken off calendar. A Further Case Management Conference has been set for April 23, 2015, at 10:30 a.m.

IT IS SO ORDERED.

Dated: February 9, 2015

_[Signature: Judge Edward M. Chen]_
IT IS SO ORDERED
Judge Edward M. Chen