UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| TERRY MENDOZA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Defendants. | Case No. CV-11-02158 EMC<br><br>[~~PROPOSED~~] ORDER TO CONTINUE THE OCTOBER 8, 2015, CASE MANAGEMENT CONFERENCE DATE<br><br>Complaint Filed:  May 2, 2011<br>Trial Date:  None |

HAVING CONSIDERED the stipulation of the parties, it is hereby ordered that the Case Management Conference previously set for October 5, 2015, at 10:30 a.m., has been taken off calendar. A Further Case Management Conference has been set for December 17, 2015, at 10:30 a.m.

IT IS SO ORDERED.

The continuance is granted solely to permit further mediation. The parties are to inform the Court of the Mediation date when a date is selected.

Dated: October 07, 2015

_____
Hon. Edward M. Chen
United States District Judge

[PROPOSED] ORDER TO CONTINUE THE OCTOBER 8, 2015, CASE MANAGEMENT CONFERENCE DATE
Case No. CV-11-02158 EMC; Our File No. 8003.25