UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| TERRY MENDOZA,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>  Defendants. | Case No. CV-11-02158 EMC<br><br>**[PROPOSED] ORDER TO CONTINUE THE DECEMBER 17, 2015, CASE MANAGEMENT CONFERENCE DATE**<br><br>Complaint Filed:  May 2, 2011<br>Trial Date:  None |

HAVING CONSIDERED the stipulation of the parties, it is hereby ordered that the Case Management Conference previously set for December 17, 2015, at 10:30 a.m., has been taken off calendar. A Further Case Management Conference has been set for January 14, 2016, at 10:30 a.m. No further continuance will be allowed absent good cause.

IT IS SO ORDERED.

Dated: December 11, 2015

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

[PROPOSED] ORDER TO CONTINUE THE DECEMBER 17, 2015, CASE MANAGEMENT CONFERENCE DATE
Case No. CV-11-02158 EMC; Our File No. 8003.25