BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
BRIAN STRETCH
Acting United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
VICKEY L. QUINN
Trial Attorney
Torts Branch, Civil Division (Admiralty)
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone:   (415) 436-6645
Facsimile:   (415) 436-6632
E-mail:      vickey.1.quinn@usdoj.gov

PETER A. LINDH (061907)
MARKER E. LOVELL, JR. (208659)
CHELSEA D. YUAN (240559)
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, California  94105
Telephone:   (415) 348-6000
Facsimile:   (415) 348-6001
Email:       plindh@gibsonrobb.com
             mlovell@gibsonrobb.com
             cyuan@gibsonrobb.com

Of Counsel for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| TERRY MENDOZA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, <br><br> Defendants. | Case No. CV-11-02158 EMC <br><br> **STIPULATION OF DISMISSAL** <br><br><br><br><br><br> Complaint Filed:  May 2, 2011 <br> Trial Date:       None |

STIPULATION OF DISMISSAL
Case No. CV-11-02158 EMC; Our File No. 8003.25

Counsel for Plaintiff:

Gary Wm. Baun, Esq.
O'BRYAN BAUN KARAMANIAN
401 S. Old Woodward, Suite 463
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 fax
gbaun@obryanlaw.net

Counsel for Defendant:

Marker E. Lovell, Jr., Esq.
Chelsea D. Yuan, Esq.
GIBSON ROBB & LINDH LLP
201 Missions Street, Suite 2700
San Francisco, CA 94105
(415) 348-6000
(415) 348-6001 fax
mlovell@gibsonrobb.com
cyuan@gibsonrobb.com

Defendant UNITED STATES OF AMERICA, by and through their counsel of record, Gibson Robb & Lindh LLP, and Plaintiff TERRY MENDOZA, by and through his counsel of record, O'BRYAN BAUN KARAMANIAN, hereby enter into the following stipulation:

Settlement having been finalized as to all claims pursuant to a written settlement agreement, the parties to this action stipulate that the above-captioned action be and hereby is dismissed with prejudice, in its entirety as to all persons and parties, each party to bear its own costs and fees herein, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Undersigned counsel for Defendant UNITED STATES OF AMERICA, Marker E.
2  Lovell, Jr., certifies that all electronic signatures below have been duly authorized by signatory
3  counsel per Civil Local Rule 5.1.  Marker E. Lovell, Jr., attests to have on file all holographic
4  signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-
5  filed document.

7  Dated: January 29, 2016                                  Dated: January 29, 2016

9  OBRYAN BAUN KARAMANIAN                       GIBSON ROBB & LINDH LLP

11 By: /S/ GARY WM. BAUN                              By: /S/ MARKER E. LOVELL, JR.
       Gary Wm. Baun                                             Marker E. Lovell, Jr.
12     gbaun@obryanlaw.net                                    mlovell@gibsonrobb.com
       Attorney for Plaintiff                                       Attorney for Defendant
13     TERRY MENDOZA                                         UNITED STATES OF AMERICA

17 IT IS SO ORDERED:
   _____
18 Edward M. Chen
19 U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Edward M. Chen]*